779 A.2d 485

**In the Matter of Lacy R. WHEELER, III.**

**Petition for Reinstatement.**

**No. 322 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 28, 2001.

### ORDER

PER CURIAM.

AND NOW, this 28th day of June, 2001, upon consideration of the Report and Recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania dated April 26, 2001, the Petition for Reinstatement is denied.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.